UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT 25  AM 9: 20

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SURIMA SUAREZ CESTERO, et al.
    Plaintiffs

vs.

DANIEL PAGAN ROSA, et al.
    Defendants

CIVIL NO. 97-2251 (JP)

## O R D E R

| MOTION | RULING |
| --- | --- |
| **Date Filed:** October 8, 1999<br>**Docket:** #96<br>[] **Plffs**  [X] **Defts** [] **Other**<br>**Title:** Motion Joining Reply | **NOTED.** The Court notes that Co-Defendant Pagán-Rosa has joined Co-Defendant Carrasquillo's Opposition Motion to Plaintiff's Motion in Further Support of Request for Denial of Qualified Immunity. |

Date: 10/20/99

JAIME PIERAS, JR.
U.S. Senior District Judge

| Rec'd: | EOD: |
| --- | --- |
| By: | # 98 |

8