UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JUN -6 AM 7:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

SURIMA SUAREZ CESTERO, et al.
    Plaintiffs

vs.                                                    CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, et al.
    Defendants

## ORDER

### RULING

Motions identified by Docket Numbers 27, 32, 45, 51, 68, 69, and 70 are **MOOT**. The Clerk shall act accordingly. The Court takes notice of Plaintiffs Motion Submitting Translation of Judgment and resolution Denying Motion for Reconsideration (**docket No. 97**).

Date: 6/2/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:        # 99