UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



SURIMA SUAREZ CESTERO, et al.
    Plaintiffs

vs.                                                                                           CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: March 30, 2001<br>Docket: # 101<br>[] Plffs [] Defts [X] Other<br><br>Title: Motion For Withdrawal of Legal Representation. | **DENIED.** Attorney Paul B. Smith, Jr., who represents co-Defendant Daniel Pagán Rosa in his personal capacity has asked this Court 1) for leave to withdraw as legal counsel; and 2) for co-Defendant Daniel Pagán Rosa to be granted thirty (30) days to announce new legal representation. All requests are hereby **DENIED**. Attorney Smith will not be allowed to withdraw from this case <u>unless and until</u> a new attorney makes an appearance on co-Defendant Daniel Pagán Rosa's behalf. Therefore, Attorney Paul Smith, Jr. is responsible for all proceedings in this case until this Court orders otherwise. |

Date: 4/17/01

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:          EOD:

By:          #/02

9