## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



| | |
|---|---|
| SURIMA SUAREZ CESTERO, ET AL<br><br>Plaintiffs,<br><br>v.<br><br>JUAN PAGAN ROSA, ET AL<br><br>Defendants. | CIVIL NO. 97-2251 (JP) |

### ORDER

By Order of the Court, a **STATUS CONFERENCE** is set for **APRIL 20, 2001 AT 2:00 p.m.**[1]

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this 17th day of April, 2001.

FRANCES RIOS DE MORAN
Clerk of the Court

By: _____
Sulma López-Defilló
Deputy Clerk

---

[1] The parties are advised that our address has changed to: U.S. Courthouse & Post Office Bldg., 3rd Floor, 300 Recinto Sur Street, San Juan, P.R. 00901 (tel. No. (787) 977-6050).