# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

HONORABLE JAIME PIERAS, JR.

COURTROOM DEPUTY: Sulma LOPEZ-DEFILLO     DATE: April 20, 2001

COURT REPORTER: ECM     CIVIL NO.: 97-2251(JP)

===============================================================

SURIMA SUAREZ, ET AL          Attorneys: SEE ATTACHED LIST

vs.

DANIEL PAGAN ROSA, ET AL

===============================================================

Status Conference called. Attorney Paul B. Smith from Smith & Nevares renew their request to withdraw as attorney for defendant Daniel Pagán Rosa, in his personal capacity. Arguments heard. Thereafter the Court grants the request and appoints the Department of Justice.

Housekeeping matters were taken care by the Court

Courtroom Deputy Clerk
Sulma López-Defilló

## ATTENDANCE SHEET

___ INITIAL SCHEDULING CONFERENCE      DATE: 4-20-01

_X_ STATUS CONFERENCE                   CASE NO: 97-2251 (JP)

___ PRETRIAL/SETTLEMENT CONFERENCE      NAME: Surima Suarez, et al

___ SETTLEMENT CONFERENCE                     vs. Daniel Pagan Rosa, et al

___ OTHER _____

| ATTORNEY | PARTY REPRESENTING |
|---|---|
| Leticia Ramirez Rangel, Department of Justice | Ferdin Carrasquillo, Pedro Toledo and Carmelo Correa in their personal capacity. |
| Luis E. Padrón, Busto Dumonoy CSP (Substituting Attorney ~~Jose Garcia Perez~~) | All Plaintiff except Clarissa Suarez |
| Laura González Lugo | Co-counsel for Surima Suarez |
| Francisco San Miguel Fuxench | - Municipality of Loiza, Mayor Ferdin Carrasquilla of. Capacv, |
| Paul B. Smith, Jr. Smith & Nevares | - Daniel Pagan Rosa, in his personal capacity. |
| José M Tui | - Departamento Recursos Naturales y Ambientales, |
| Rafael Vázquez González | - Clarissa Suarez, plaintiff |