IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



**SURIMA SUAREZ-CESTERO, ET AL**

    Plaintiffs,

v.

**DANIEL PAGAN-ROSA, ET AL**

    Defendants.

**CIVIL NO. 97-2251(JP)**

### ORDER

By Order of the Court, the **INITIAL SCHEDULING CONFERENCE** set for May 23, 2001 at 2:00 p.m. is hereby **reset for JUNE 20, 2001 at 2:00 p.m.**[1]

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this 30th day of April, 2001.

          FRANCES RIOS DE MORAN
          Clerk of the Court

          By: _____
          Sulma López-Defilló
          Deputy Clerk

---

[1] The parties are advised that our address has changed to: **U.S. Courthouse & Post Office Bldg., 3rd Floor, 300 Recinto Sur Street, San Juan, P.R. 00901** (tel. No. (787) 977-6050).