IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SURIMA SUAREZ CESTERO, et. al. * <br> * <br> Plaintiffs, * <br> * <br> v. * <br> * <br> DANIEL PAGAN ROSA, et. al. * <br> * <br> Defendants. * <br> * | CIVIL NO. 97-2251 (JP) |

### O R D E R

The Court hereby **ORDERS** co-defendant Daniel Pagán Rosa to file, in writing, a detailed statement summarizing the administrative proceedings held in the case of In Re: Atty. Surima Suárez, No. 97-222-CT, and the current status thereof up to the date of his incumbency. Co-defendant Pagán **SHALL** accompany said summary with copies of all documents filed in and regarding the aforementioned administrative proceeding on or before **June 4, 2001**. In addition, co-defendant Pagán **SHALL** file a copy of the study ordered by the Legislature to be conducted by the Department of Natural Resources by virtue of the Joint Resolution of the Legislative Assembly of September 23, 1997, which imposed a one year moratorium on sand extraction in Loíza. If such a study is not available or was never carried out or recorded, then co-defendant Pagán **SHALL** file a statement regarding the current status of the study.

This order extends to the Department of Natural Resources, and



AO 72A
(Rev 8/82)

CIVIL NO. 97-2251 (JP)                    2

to its current Administrator (Secretary), Mr. Carlos M. Padín Bibiloni, who **SHALL** provide this Court with the documents and information requested herein. This Order is being sent to the Agency and to the attention of its Secretary, Mr. Carlos M. Padín Bibiloni, whom the Court holds responsible, in his official capacity, for complying with the same.

The Court's only interest in ordering these documents and this information is to obtain all the necessary and relevant evidence to be enlightened enough to allow it to enter findings of fact consonant with the evidence provided and to allow it to move forward with this case.

Since the Initial Scheduling Conference is scheduled for June 20, 2001, the Court **WILL NOT** grant any extensions for the filing of these documents or for the statement to be made by Pagán as ordered herein.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this ___ day of May, 2001.

JAIME PIERAS, JR.
U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)