UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                                  CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.



## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** May 11, 2001<br>**Docket:** #109<br>[X] **Plffs**  [] **Defts**<br>**Title:** Motion for Leave to File Amended Complaint | **GRANTED.** Defendants in the case at bar who have not already done so **SHALL** file an answer to the amended complaint filed by plaintiffs on or before **June 13, 2001.** The Court admonishes defendants that if an answer is not filed by the date herein stated, a default judgment **SHALL** be entered against them. |

Date: May 23, 2001

By: [signature]
JAIME PIERAS, JR.
United States District Judge

Rec'd:        EOD:

By: /s/        # 111

9