UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                                                          CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 4, 2001<br>**Docket:** #114<br>[ ] Plffs   [X] Defts<br>**Title:** Informative Motion in Compliance with Order of May 4, 2001. | **NOTED.** The Court, however, was quite clear in its Order of May 4, 2001 where it **ORDERED** Defendant Pagán or current Secretary of the DNRE Padín, **to file in writing a detailed summary of all administrative proceedings in the case, and to accompany said summary with copies of all documents filed in and regarding the aforementioned administrative proceeding.** Therefore, the Court hereby **ORDERS** Secretary Padín to comply with said order **on or before JUNE 18, 2001.** Because of the forthcoming Initial Scheduling Conference, NO extensions will be granted. |
| **Date Filed:** June 4, 2001<br>**Docket:** #115<br>[ ] Plffs   [X] Defts<br>**Title:** Notice of Appearance | **NOTED.** |

**Date:** June 12, 2001

                                                  JAIME PIERAS, JR.
                                                  United States District Judge

Rec'd:        EOD:

By:    #118