IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                                                                          CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

## ORDER

The Court hereby **ORDERS** Plaintiffs to file with the Court a copy of the docket of the case filed in the Commonwealth of Puerto Rico Court of First Instance, Carolina Part, entitled <u>Municipio de Loíza v. Sucesiones de Marcial Suárez y Encarnación Fuentes, et. al</u>, Civil No. FPE 97-332 (404), and to accompany said docket with a <u>brief</u> statement regarding the current status of the counterclaim filed by Plaintiffs in that case. These documents must be filed in <u>8 1/2 x 11 letter size paper</u> with the Court on or before **June 25, 2001**.

Date: 6/14/01

                                        JAIME PIERAS, JR.
                                        United States District Judge

Rec'd:                    EOD:

By:                       # 121