IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                                      CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 21, 2001<br>**Docket:** #127<br>[X] **Plffs**    [] **Defts**<br>**Title:** Notice of Motion to Withdraw by Clarissa Suárez de la Cruz as Party Plaintiff | Plaintiff Clarissa Suárez de la Cruz has represented to the Court that she wishes to withdraw from this case. Therefore, Plaintiff Clarissa Suárez de la Cruz **SHALL** file a Notice of Voluntary Dismissal, thereby dismissing all claims against all defendants in the case at bar, on or before **July 23, 2001**. |

Date: 6/25/01

JAIME PIERAS, JR.
United States District Judge

Rec'd:    EOD:

By: ✓ # 129