IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.       CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

## ORDER

On May 17, 2001, the Court **ORDERED** the defendants to answer the Amended Complaint filed by Plaintiffs on or before **June 13, 2001.** On that same date, the Department of Justice filed a Motion to Dismiss on behalf of "all defendants", seeking the dismissal of the instant case. A Motion to Dismiss is not considered an answer to the Amended Complaint. Co-defendant Carrasquillo filed an answer to the Amended Complaint on May 16, 2001. Therefore, co-defendants Pagán, Correa, Toledo, Vivoni and Padín are hereby **ORDERED** to **answer** the Amended Complaint **on or before July 13, 2001.**

Date: 6/25/01

JAIME PIERAS, JR.
United States District Judge

Rec'd:        EOD:

By:  # 130