UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.

    CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 15, 2001<br>**Docket:** #123<br>[ ] Plffs  [X] Defts<br>**Title:** Informative Motion Including Opinion of the Commonwealth of Puerto Rico Supreme Court and Requesting Leave to File Document in Spanish. | **GRANTED IN PART, DENIED IN PART.** Co-defendant Ferdín Carrasquillo, in his official capacity, **SHALL** submit a certified translation of the Opinion rendered by the Supreme Court of the Commonwealth of Puerto Rico in Case No. CC-1999-833 on or before **July 18, 2001**. |

Date: 6/25/01

JAIME PIERAS, JR.
United States District Judge

Rec'd:           EOD:

By:  #131