IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                                                    CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.



## ORDER

The Court hereby **NOTIFIES** all parties that all future documents in this case **SHALL BE** filed in 8 1/2 x 11 letter size paper. The parties are admonished that any and all documents submitted in 8 1/2 x 14 paper **WILL NOT** be accepted under any circumstances.

Date: 6/25/01

JAIME PIERAS, JR.
**United States District Judge**

Rec'd:          EOD:

By: ja   # 132

