## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO,  ET AL.,

      Plaintiffs,

v.                                                                    CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

      Defendants.

### O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** June 20, 2001<br>**Docket:** #126<br>[X] **Plffs**    [] **Defts**<br>**Title:** Certificate of Service<br>of Experts' Reports | **NOTED.** |

Date: 6/25/01

**JAIME PIERAS, JR.**
**United States District Judge**

| Rec'd: | EOD: |
|---|---|
| By: yr  # 133 | |