IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.    CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: June 25, 2001<br>Docket: #134<br>[X] Plffs    [] Defts<br>Title: Motion in Compliance with Order | GRANTED. Plaintiffs SHALL file with the Court a docket of the case Commonwealth of Puerto Rico Court of First Instance, Carolina Part, entitled <u>Municipio de Loíza v. Sucesiones de Marcial Suárez y Encarnación Fuentes, et. al,</u> Civil No. FPE 97-332 (404) with the Court **on or before <u>July 12, 2001.</u>** |

Date: 6/26/01

JAIME PIERAS, JR.
United States District Judge

Rec'd:        EOD:

By: ym    # 135