UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                    CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** July 5, 2001<br>**Docket:** #136<br>[X] Plffs    [] Defts<br>**Title:** Supplement to Motion in Compliance with Order | **NOTED.** |

Date: 7/9/01

JAIME PIERAS, JR.
United States District Judge

Rec'd:    EOD:

By:     #  137