IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                      CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

### ORDER

The Court hereby **ORDERS** Plaintiffs to submit a copy of the letter sent to Police Superintendent Pedro Toledo Dávila regarding the protests that took place outside Plaintiff's property on or about May 11, 1997. This document must be filed with the Court on or before **August 10, 2001**.

Date: 7/11/01

JAIME PIERAS, JR.
United States District Judge

Rec'd:      EOD:

By:    #