IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                  CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

## ORDER

The Court **NOTES** Defendants' Answer to the Amended Complaint. The Court further **NOTES** that all of Defendants' documents bear the seal of the Bankruptcy Court Drop Box, and urges Defendants to make sure they file all future documents in the case at bar at the Clerk's Annex located in the third floor of the Old San Juan Courthouse.

Date: 7/16/01

JAIME PIERAS, JR.
U. S. Senior District Judge

Rec'd:          EOD:

By:     #

