IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                                                    CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** July 13, 2001<br>**Docket:** #139<br>[X] **Plffs**    [] **Defts**<br>**Title:** Motion in Compliance with Order to Produce Letter | NOTED. |

Date: 7/17/01

JAIME PIERAS, JR.
U. S. Senior District Judge

Rec'd:        EOD:

By: /\_# /42