IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, et al.,

    Plaintiffs,

v.   CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, et al.,

    Defendants

### PARTIAL JUDGMENT

Pursuant to the Opinion and Order of this same date, the Court hereby **ENTERS PARTIAL JUDGMENT, DISMISSING WITHOUT PREJUDICE** Plaintiffs' equitable claim. By virtue of said dismissal, Plaintiffs' claims against Secretary Carlos Padín Bibiloni and against Police Superintendent Pierre Vivoni have also been **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 20th day of July, 2001.

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE