IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                                      CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

## ORDER

By virtue of the Opinion and Order handed down by this Court on July 20, 2001, Motions identified by Docket Numbers 13, 77, 78, 79, 119, 122 & 125 are **MOOT**. By virtue of Plaintiffs' Amended Complaint, and Defendants' Answer thereto, the Motion identified by Docket Number 17 is also **MOOT**. By virtue of the dismissal of the administrative claim by the DNRE, the Motion identified by Docket Number 50 is also **MOOT**. The Clerk shall act accordingly.

Date: 7/20/01

JAIME PIERAS, JR.
United States Senior District Judge

Rec'd:    EOD:

By:   #  145