**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**



| | |
|---|---|
| **SURIMA SUAREZ-CESTERO, ET AL** | |
| Plaintiffs | |
| Vs. | CIVIL NO. 97-2251 (JP) |
| **DANIEL PAGAN ROSA, ET AL** | |
| Defendants | |

**ORDER**

By Order of the Court, the **SCHEDULING CONFERENCE** set for June 20, 2001 at 2:00 p.m. is hereby **reset for SEPTEMBER 6, 2001 at 2:00 p.m.**[1]

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this 23rd day of July, 2001.

FRANCES RIOS DE MORAN
Clerk of the Court

By: /s/ Sulma López-Defilló
Sulma López-Defilló
Deputy Clerk

---

[1] The parties are advised that Senior Judges' address has changed to: **U.S. Courthouse & Post Office Bldg., 3rd Floor, 300 Recinto Sur Street, Old San Juan, P.R. 00901** (tel. No. (787) 977-6050).