IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, et. al.          *
                                        *      CIVIL NO. 97-2251 (JP)
        Plaintiffs,                     *
                                        *
v.                                      *
                                        *
DANIEL PAGAN ROSA, et. al.              *
                                        *
        Defendants.                     *
                                        *

<u>O R D E R</u>

The Court hereby **ORDERS** co-Defendant Ferdín Carrasquillo to file with the Court a <u>detailed summary</u> of the proceedings of the case filed in the Commonwealth of Puerto Rico Court of First Instance, Carolina Part, entitled <u>Municipio de Loíza v. Sucesiones de Marcial Suárez y Encarnación Fuentes, et. al,</u> Civil No. FPE 97-0332 (404). This summary **SHALL** include, but is not limited to: all parties in the case, all claims presented, and all outcomes.  If there are currently proceedings in that case that are still pending, said summary **SHALL** so indicate.

In addition, co-Defendant Carrasquillo **SHALL** accompany said summary with copies of all documents filed in and regarding the aforementioned case.  However, copies of the Judgments rendered by the Court of First Instance, by the Court of Appeals or by the Supreme Court **NEED NOT** be filed.  Once again, the Court's only interest in this information is to obtain all the necessary evidence to allow it to enter findings of fact consonant with the evidence



CIVIL NO. 97-2251 (JP)                    2

before it and to allow it to move forward with this case, which has been at a standstill for so long.

Co-Defendant Carrasquillo's motion for an extension of time to file the <u>translation</u> of the Judgment rendered by the Puerto Rico Supreme Court in the aforementioned case is also hereby **GRANTED**. All documents must be filed with the Court on or before **August 31, 2001**. The Court reminds all parties that, pursuant to its previous order, all documents and copies must be filed in letter-sized 8 1/2 x 11 paper.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 31st day of July, 2001.

_____
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE