IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                      CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.



## ORDER

On June 21, 2001, Plaintiff Clarissa Suárez de la Cruz filed a document entitled "Notice of Motion to Withdraw by Clarissa Suárez de la Cruz as Party Plaintiff", in which she alleged she wished to withdraw from the case. The Court then ordered her to file Notice of Voluntary Dismissal, thereby dismissing all claims against all defendants in the case at bar, on or before **July 22, 2001**. To date, Plaintiff Clarissa Suárez de la Cruz has not complied with said order. Therefore, the Court **ORDERS** her to **SHOW CAUSE** as to why she should not be sanctioned for her non-compliance with said order on or before **August 27, 2001**.

By: _____
         JAIME PIERAS, JR.

Date: August 14, 2001                                  U. S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: 𝒏⁄ # 149 | |

