# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

      Plaintiffs,

v.                                          CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

      Defendants.

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** August 24, 2001<br>**Docket**: #150<br>[] Plffs    [X] **Defts**<br>**Title:** Motion in Compliance with Court Order | The Court **NOTES** co-Defendant's Ferdín Carrasquillo's Motion in Compliance with Court Order where he tendered the translation of the Judgment rendered by the Puerto Rico Supreme Court. |

Date: 8/27/01

JAIME PIERAS, JR.
U. S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: ~ # 151 | |

