IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                               CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** August 29, 2001<br>**Docket:** #152<br>[ ] **Plffs**     [X] **Defts**<br>**Title:** Co-Defendant's Motion for Extension of Time to Comply with Court Order | **GRANTED.** Co-Defendant Ferdín Carrasquillo **SHALL** file the required documents on or before **September 14, 2001.** |

Date: 8/30/01

JAIME PIERAS, JR.
U. S. Senior District Judge

Rec'd:        EOD:

By: /s/    # 153

/0