IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                                  CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 4, 2001<br>**Docket:** #154<br>[ ] **Plffs**   [X] **Defts**<br>**Title:** Motion Announcing or Including Additional Witness | **GRANTED.** Co-Defendant Ferdín Carrasquillo's list of witnesses in the present case **SHALL** also include Mr. Martin Arce. |

Date: 9/7/01

JAIME PIERAS, JR.
**United States District Judge**

Rec'd:        EOD:

By:      # 157