IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.    CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

### ORDER

The Court hereby **VACATES** the Order issued on June 25, 2001 (**Docket No. 129**), and hereby **GRANTS** Plaintiff Clarissa Suárez de la Cruz's motion requesting voluntary withdrawal. The Court hereby **DISMISSES WITHOUT PREJUDICE** and without costs all claims brought by Clarissa Suárez de la Cruz against all defendants in the case at bar.

Date: 9/7/01

JAIME PIERAS, JR.
U. S. Senior District Judge

Rec'd:          EOD:

By: /s/  # 158