IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SURIMA SUAREZ CESTERO, et. al. | * |
| Plaintiffs, | * |
| v. | *   CIVIL NO. 97-2251 (JP) |
| DANIEL PAGAN ROSA, et. al. | * |
| Defendants. | * |

### PARTIAL JUDGMENT

Pursuant to the Order handed down on this same date, the Court hereby **ENTERS PARTIAL JUDGMENT, DISMISSING WITHOUT PREJUDICE** and without costs all claims brought by Clarissa Suárez de la Cruz against all defendants in the case at bar.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 7th day of September, 2001.

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE

