IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                                                CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 7, 2001<br>**Docket:** #155, 156<br>[ ] **Plffs**  [X] **Defts**<br>**Title:** Motion in Compliance with Order, Motion Requesting Leave to File Documents. | The Court **NOTES** co-Defendant Ferdín Carrasquillo's Motion in Compliance with Court Order where he tendered the translation of the proceedings held in the Commonwealth of Puerto Rico Court of First Instance in the case of <u>Municipio de Loíza v. Sucesión Suárez</u>, Civil No. FPE 97-0332. The Court does not foresee the necessity to translate said documents at the moment, so co-Defendant Carrasquillo **NEED NOT** translate the tendered documents until further notice is given. |

Date: 9/10/01

JAIME PIERAS, JR.
U. S. Senior District Judge

Rec'd:      EOD:

By: # 163