IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                      CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 10, 2001<br>**Docket:** # 160<br>[ ] **Plffs**    [X] **Defts**<br>**Title:** Motion including 2 Resolutions and Requesting Leave to File Translations | **GRANTED.** Co-Defendant Ferdín Carrasquillo **SHALL** file the certified translations of the 2 Resolutions rendered by the Puerto Rico Supreme Court regarding the 2 Motions for Reconsideration before it on or before **October 26, 2001.** |

Date: September 19, 2001

By: _____
JAIME PIERAS, JR.
U. S. Senior District Judge

Rec'd:      EOD:

By: # 168