IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                                    CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 17, 2001<br>**Docket:** #166<br>[ ] **Plffs**    [X] **Defts**<br>**Title:** Motion Requesting Permission to Withdraw as Attorney | **GRANTED.** New counsel from the Department of Justice **SHALL** appear on behalf of co-Defendant Daniel Pagán Rosa on or before **October 19, 2001.** |

Date: 9/23/01

JAIME PIERAS, JR.
United States District Judge

Rec'd:        EOD:

By: /\ # 169