IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                           CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: October 9, 2001<br>Docket: #174<br>[] Plffs   [X] Defts<br>Title: Motion for Leave to File Reply and Reply | **GRANTED.** The Court **ACCEPTS** co-Defendant's Ferdín Carrasquillo's Reply in relation to Plaintiff's Brief on immunity and preclusion. |

Date: 10/15/01

JAIME PIERAS, JR.
U. S. Senior District Judge

Rec'd:         EOD:

By:     # 178