IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                                    CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 12, 16 2001<br>**Docket:** #176, 179<br>[] Plffs    [X] **Defts**<br>**Title:** Notice of Appearance; Request for Extension of Time to File Brief; Amended Notice of Appearance | **NOTED.** The Court **NOTES** the appearance of the Law Firm of Roselló-Rentas & Rabell-Méndez on behalf of Defendants Daniel Pagán Rosa, Carmelo Correa, Pedro Toledo Dávila and Ferdín Carrasquillo, all in their personal capacities. The Court understands that the Department of Justice is no longer representing any of these defendants. The Court also **GRANTS** Defendant's new counsel **until October 26, 2001** to submit their brief on the issues of preclusion and qualified immunity as it relates to the remaining claims in the case. |

Date: 10/23/01

JAIME PIERAS, JR.
U. S. Senior District Judge

Rec'd:        EOD:

By:    # 182