IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                                   CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 19, 2001<br>**Docket:** #180<br>[ ] **Plffs**     [X] **Defts**<br>**Title:** Motion Requesting Permission to Withdraw as Attorney | **GRANTED.** The Court understands that neither Attorney del Valle, nor anyone from the Department of Justice, is representing any of the defendants in the case at bar. They are now being represented by the firm of Rosselló-Rentas & Rabell-Méndez. |

Date: 10/23/01

JAIME PIERAS, JR.
**United States District Judge**

Rec'd:       EOD:

By: /s/  # 183

a/m: PR DOJ