IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

CIVIL NO. 97-2251 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 1, 2001<br>**Docket:** #184<br>[X] **Plffs**   [] **Defts**<br>**Title:** Motion for Extension of Time to File Reply Brief | **GRANTED IN PART.** Plaintiffs **SHALL** file their Reply to Defendants Brief on or before **November 28, 2001.** |

Date: 11/8/01

JAIME PIERAS, JR.
United States District Judge

Rec'd:          EOD:

By: yr   # 185

6