IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                                          CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.



## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 20, 2001<br>**Docket:** #187<br>[ ] **Plffs**  [X] **Defts**<br>**Title:** Informative Motion Regarding Hearing | **DENIED.** The Conference set for Monday, November 26, 2001 will go on as scheduled. In the event that Counsel Morales is unable to attend because of flight complications, the Court will then reschedule the conference for a later date. |

Date: 11/21/01

JAIME PIERAS, JR.
U. S. Senior District Judge

Rec'd:        EOD:

By: ᴍ   #  188

