IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                       CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** December 4, 2001<br>**Docket:** #191<br>[X] **Plffs**     [ ] **Defts**<br>**Title:** Motion for Summons to Issue | **GRANTED.** The Clerk shall issue the appropriate summons. |

Date: 12/7/01

JAIME PIERAS, JR.
United States District Judge

Rec'd:         EOD:

By: N    # 192

