# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SURIMA SUAREZ CESTERO, ET AL., | CIVIL NO. 97-2251 (JP) |
| PLAINTIFFS, | |
| V. | TRO PRELIMINARY AND PERMANENT INJUNCTION AND DAMAGES |
| DANIEL PAGAN ROSA, ET.AL., | |
| DEFENDANTS. | PLAINTIFFS REQUEST TRIAL BY JURY |

## ORDER TO COMPEL

Upon consideration of plaintiffs' Motion for Order to Compel, the same is granted. Accordingly co-defendant Daniel Pagán Rosa is ordered to serve upon plaintiffs, through their attorney, on or before January 8, 2002, his response to Plaintiffs First Interrogatory and Request for Production of Documents dated July 2, 2001 and to appear at the offices of counsel for the plaintiffs at Unión Plaza Building, Penthouse A, 4126 Ponce de León Avenue, Hato Rey, Puerto Rico on January 17, 2001 at 9:30 in the morning for the taking of his deposition.

Failure to comply with this order will result in stiff penalties, including but not limited to the entry of default, dismissal of defenses, barring witnesses or other evidence, a finding of contempt and monetary sanctions.

The Clerk shall forthwith issue the Writ necessary for the service of this Order to Compel by the U. S. Marshall or Private Process Server.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this _5th_ day of December, 2001.

JAIME PIERAS JR.
U.S. SENIOR DISTRICT JUDGE