IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SURIMA SUAREZ CESTERO, et. al. | |
| Plaintiffs, | |
| v. | CIVIL NO. 97-2251 (JP) |
| DANIEL PAGAN ROSA, et. al. | |
| Defendants | |

**O R D E R**

On December 13, 2001, the Court received a motion from Plaintiffs entitled "Motion to Add Witnesses and Documentary Evidence" (**Docket No. 194**), asking the Court to permit Plaintiffs to present additional evidence and additional witnesses during the trial. Plaintiffs informed the Court that the testimony of the witnesses and the contents of the documents were not known to Plaintiffs until depositions were recently taken. The Court **GRANTS** said Motion. Mr. Carl Levya, Mr. Saulo Rivera and Mr. Tony Quiñones Hernández are therefore to be considered part of Plaintiffs' list of witnesses as stated in the Court's Initial Scheduling Order. The documentary evidence contained in Plaintiffs' motion, which is hereby incorporated into this Order by reference, is also to be considered part of Plaintiffs' case.

However, the Court interested in viewing some of the documents that Plaintiffs will now be presenting at trial, and therefore **ORDERS**



CIVIL NO. 97-2251 (JP)                              2

Plaintiffs to submit copies of the following documents **on or before January 2, 2002**:

Plaintiffs' number:

1) Plan para Atender Protesta Sobre Extracciones de Arena.

2) Manifestación Protesta Contra Extracción de Arena.

3) Apliación Información Sobre Manifestación Protesta.

4) Informe Sobre Otros Servicios.

7) Press Release by the Mayor of Loíza dated May 7, 1997.

8) Press Release by the Mayor of Loíza dated May 9, 1997.

20) Letter from Laura González Lugo to Hon. Pedro Toledo Dávila dated August 8, 1997.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 14th day of December, 2001.

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE