IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

CIVIL NO. 97-2251 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** December 28, 2001<br>**Docket:** #198<br>[ ] **Plffs**   [X] **Defts**<br>**Title:** Motion Requesting Leave, Surreply | The Court **ACCEPTS AS TENDERED** the Hon. Ferdín Carrasquillo's Surreply to Plaintiff's Reply to Defendants' Brief on Qualified Immunity and Preclusion. |

Date: 1/4/02

JAIME PIERAS, JR.
United States District Judge

Rec'd:          EOD:

By: ✓ # 199