IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                      CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** January 9, 2002<br>**Docket:** #200<br>[X] **Plffs**    [] **Defts**<br>**Title:** Motion for Additional Summons to Issue | **GRANTED.** The Clerk shall issue the appropriate summons. |

Date: January 16, 2002

BY: _____
JAIME PIERAS, JR.
United States District Judge

Rec'd:        EOD:

By: _____ # 201