RECEIVED AND FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2002 FEB 28  AM 10: 19

CLER
U.S. DISTRICT COURT
OLD SAN JUAN, PR

SURIMA SUAREZ CESTERO,  ET AL.,

     Plaintiffs,

v.                                                                           CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

     Defendants.

# O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** February 25, 2002<br>**Docket**: #205<br>[] **Plffs**   [X] **Defts**<br>**Title:** *Motion Requesting Extension of Time to Answer of Otherwise Plead.* | **GRANTED.** Defendants Ingrid Llorens Orlandi and Evelyn Roig Bonilla **SHALL** Answer or otherwise plead on or before **March 14, 2002.** |

Date: 2/27/02

JAIME PIERAS, JR.
United States District Judge

| Rec'd: | EOD: |
|---|---|

By: ⅄   # 206

6