## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO,  ET AL.,

     Plaintiffs,

v.                                                                                CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

     Defendants.

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** March 5, 2001<br>**Docket:** # 207<br>[X] **Plffs**      [] **Defts**<br>**Title:** *Motion to Present Additional Evidence Against the Application of Qualified Immunity* | **MOOT,** as this Court has already resolved this issue in its Opinion and Order dated March 8, 2002. |

**Date:** 3/11/02

JAIME PIERAS, JR.
U. S. Senior District Judge

Rec'd:            EOD:

By: /\    # 209