UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
2002 APR 15 PM 5:52

CLERK OFFICE ANNEX
U.S. DISTRICT COURT
OLD SAN JUAN PR

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                                                                    CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** March 25, 2002<br>**Docket #** 214<br><br>[ ] **Plffs**  [X] **Defts**<br><br>**Title:** *Motion to Stay the Proceedings Pending Appeal* | **GRANTED**. On April 8, 2002, Defendants filed a notice of appeal regarding this Court's Opinion and Order denying their request for qualified immunity (docket No. 208). The Court hereby **STAYS** the above captioned litigation pending the resolution of the appeal. |

Date: 4/15/02

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:                    EOD:

By: ym                    #215