IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.   CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.



## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: April 9, 2001<br>Docket: # 213<br>[X] Plffs    [] Defts<br>Title: *Motion for Extension of Time to Respond to Motion to Dismiss* | **GRANTED.** Plaintiffs **SHALL** file their opposition to Defendant's Motion on or before April 16, 2002. |

Date: 4/15/02

JAIME PIERAS, JR.
U. S. Senior District Judge

Rec'd:        EOD:

By: ✍  # 216