IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                                                                          CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: April 17, 2002<br>Docket # 218<br><br>[ ] Plffs   [X] Defts<br><br>**Title:** *Motion Requesting Stay of All the Proceedings* | **MOOT,** per this Court's order of April 15, 2002 which already **GRANTED** a stay of the proceedings pending resolution of the appeal. |

Date: 4/19/02

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:     EOD:

By: /nr    # 219