IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.

                                      CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

### ORDER

| MOTION | RULING |
|---|---|
| Date Filed: May 16, 2002<br>Docket: #220<br>[ ] Plffs     [X] Defts<br>Title: *Motion Including Appeal's Fees* | NOTED. |

Date: 5/17/02

JAIME PIERAS, JR.
U. S. Senior District Judge

Rec'd:         EOD:

By: /s/ # 221

s/c Appeals Clerk