IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                            CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

## ORDER

On September 6, 2001, the Court imposed a $500 fine upon the Department of Justice ("DOJ") for failure to comply with the Court's Initial Scheduling Conference Call Order. On October 11, 2001, the DOJ recused itself and the law firm of Rosselló-Rentas & Rabell-Méndez, P.S.C. assumed the legal representation of Defendants in their personal capacity in the case at bar. (dockets No. 176, 179). On November 11, 2001, the Court issued an Opinion and Order denying reconsideration of the fine originally imposed. (docket No. 186). Although the Court **NOTES** that the Department of Justice is no longer a party in this case, it is still obligated to comply with this Court's November 11, 2001 ruling and to tender payment of $500.00 to the Clerk of the Court. As of this date, no notice has been received by this Court evidencing payment of the same. Therefore, the Court hereby **ORDERS** the Department of Justice to provide proof of said payment on or before **September 6, 2002**. The Clerk of the Court **SHALL** ensure that this Order is delivered to the DOJ as it is no longer involved with the current litigation.

Date: 8/19/02

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE

Rec'd:      EOD:

By: /s/  # 222