IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.    CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.



## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 4, 2002<br>**Docket:** # 223<br>[ ] Plffs    [X] Defts<br>**Title:** *Motion Requesting Reconsideration* | **GRANTED.** The Department of Justice of Commonwealth of Puerto Rico **SHALL** file a check in the amount of $500.00 with the Clerk of the Court on or before **September 24, 2002.** |

Date: 9/6/02

JAIME PIERAS, JR.
United States District Judge

Rec'd:    EOD:

By:    #  225