IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

CIVIL NO. 97-2251 (JP)



## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 6, 2002<br>**Docket:** # 224<br>[ ] **Plffs**  [X] **Defts**<br>**Title:** *Informative Motion by Dept. of Justice Regarding Proof fo Payment* | NOTED. |

Date: 9/11/02

JAIME PIERAS, JR.
U. S. Senior District Judge

Rec'd:          EOD:

By:  /s/   #  227