IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                               CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

### ORDER

**By Order of the Honorable Jaime Pieras, Jr:**

Pretrial in this case is hereby set for **March 24, 2003, at 4:00 p.m.**, and the Jury Trial is hereby set for **April 1, 2003, at 9: 30 a.m.**

FRANCES RIOS DE MORAN
Clerk of Court

BY: _____
        Deputy Clerk

Date: 9/25/02

Rec'd:    EOD:

By: ___ # 230