IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                                         CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 21, 2001<br>**Docket:** # 232<br>[ ] **Plffs**    [X] **Defts**<br>**Title:** *Notice of Appearance* | The Court **NOTES** the appearance of attorney Francisco L. Acevedo for co-Defendants Daniel Pagán Rosa, Superintendent Pedro Toledo Dávila Colonel Carmelo Correa and Hon. Ferdín Carrasquillo Ayala, *in both their personal and official capacities.* |

Date: 10/23/02

JAIME PIERAS, JR.
U. S. Senior District Judge

Rec'd:      EOD:

By: _____ # 234