

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.

CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** January 29, 2003<br>**Docket:** #238<br>[ ] **Plffs**    [X] **Defts**<br>**Title:** *Motion Withdrawing Legal Representation* | **DENIED.** Until such time as new legal counsel makes an appearance on behalf of Co-Defendant Hon. Ferdín Carrasquillo Ayala, Pagán & Pagán **SHALL** continue to be counsel of record for said co-Defendant. |

Date: 2/03/03

JAIME PIERAS, JR.
U. S. Senior District Judge

Rec'd:    EOD:

By_____ #239