IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, et al.,

    Plaintiffs,

v.     CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, et al.,

    Defendants

### O R D E R

In order to be in a position to better understand the facts of this case, the Court wishes to examine the site of the sand extraction project before the trial. Therefore, the Court hereby schedules a **visual inspection** of the site to be held **Friday, March 14, 2003.** The parties **SHALL** meet in the undersigned's chambers at **9:30 a.m.**, and the parties and the Court will then proceed together to the site.

In addition, the Court **NOTES** that on January 27, 2003, the law firm of Pagán & Pagán requested leave to withdraw as counsel for the Honorable Ferdín Carrasquillo Ayala, Mayor of Loíza. The Court denied said motion until new counsel made an appearance on behalf of the Honorable Mayor. As of this writing, no new counsel has appeared in substitution of Pagán & Pagán. The Court makes clear that this case **SHALL** proceed to trial as scheduled on April 1, 2003. The Honorable Mayor has had more than enough time to secure new counsel, and the Court cannot now permit this case to be delayed further because of counsels' eleventh-hour withdrawal from a case that has been going on and a client they have represented for six years.

CIVIL NO. 97-2251 (JP)                    2

Therefore, the Court **SHALL NOT** allow Pagán & Pagán to withdraw from this case, and said firm **SHALL** continue to represent the Honorable Ferdín Carrasquillo Ayala, Mayor of Loíza, in this cause of action and throughout the trial.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 3rd day of March, 2003.

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE