IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,

    Plaintiffs,

v.                                    CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,

    Defendants.

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: March 12, 2003<br>Docket: # 243<br>[ ] Plffs    [X] Defts<br>Title: *Motion Assuming Legal Representation* | **GRANTED IN PART, DENIED IN PART.** The Court **NOTES** the appearance of attorney Abel Robles Cirino on behalf of the Honorable Ferdín Carrasquillo Ayala, in his official capacity. Regarding the re-scheduling of the trial, the same is **DENIED**. This case was filed in 1997. Now, at the eleventh hour, the Mayor of Loíza suddenly changes attorneys, a fact that will cause further delays in this case. The Court made it clear to the Mayor in its previous Orders that the case **SHALL** go on as scheduled. Therefore, the Court expects Mr. Robles to be present on Friday at 9:30 a.m. at the undersigned's chambers for the visual inspection of the site, and at the trial on April 1, 2003. See Docket Nos. 240, 242. |

Date: 3/11/03

JAIME PIERAS, JR.
**United States District Judge**

Rec'd:        EOD:

By:    # 244

