UNITED SATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

**BEFORE HONORABLE JAIME L. PIERAS**

COURTROOM DEPUTY: SULMA LOPEZ-DEFILLO     DATE: MARCH 14, 2003

COURT REPORTER: RECORDING MACHINE     CIVIL NO. 97-2251 (JP)

COURT INTERPRETER: MOISES HERNANDEZ

| | ATTORNEYS: |
|---|---|
| SURIMA SUREZ-CESTERO, ET AL | ANTONIO BENNAZAR |
| | LAURA GONZALEZ-LUGO |
| | JOSE GARCIA-PEREZ |
| V | |
| DANIEL PAGAN-ROSA | FRANCISCO ACEVEDO |
| FERDIN CARRASQUILLO-AYALA | ABEL ROBLES-CIRINO |

<u>**Visual Inspection of Site**</u> located at road #187 from Loiza to Rio Grande, Puerto Rico held.

Parties heard as to the incidents occurred in the area. Court orders counsel José García to submit within 30 days the amount of sand extracted from the area. The Court orders the plaintiffs to submit the drawings of the project.

Photos of the site were taken by the Law Clerk. Court informs the parties that the jury will be brought for a visual inspection of the site during the trial.

                                        Sulma López-Defilló
                                        COURTROOM DEPUTY