IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, et al.,    *
                                  *
    Plaintiffs,                   *
                                  *
vs.                               *    CIVIL NO. 97-2251 (JP)
                                  *
DANIEL PAGAN ROSA, et al.,        *
                                  *
    Defendants                    *
                                  *

O R D E R

The Court hereby **ORDERS** an expedited transcription of the audio recording of the visual inspection of Plaintiffs' property that took place on March 14, 2003.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, on this 25th day of March, 2003.

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE