Filed 4/1/03

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SURIMA SUAREZ CESTERO, et al., | |
| Plaintiffs, | |
| v. | CIVIL NO. 97-2251 (JP) |
| DANIEL PAGAN ROSA, et al., | |
| Defendants. | |

### FINAL JUDGMENT

The parties hereto have agreed to settle the above-captioned case, and have so advised the Court. Therefore, the Court hereby **ENTERS JUDGMENT** for the Plaintiffs to have and recover from the Defendants, jointly and severally, the sum of **Five Hundred and Fifty Thousand Dollars ($550,000.00)**, to be paid on or before **July 15, 2003**. The parties agree that this Judgment is final and unappealable, without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 1st day of April, 2003.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE

CIVIL NO. 97-2251 (JP)                    2

Agreed to by:

_____
A. J. Bennazar Zequeira, Esq.
for Plaintiffs

_____
José García Pérez, Esq.
for Plaintiffs

_____
Laura González Lugo, Esq.
for Plaintiff Surima Suárez

_____
Abel Robles Cirino, Esq.
for Hon. Ferdín Carrasquillo
and the Municipality of Loíza

_____
Francisco Acevedo, Esq.
for all Defendants in their
personal capacity