UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,
Plaintiffs

vs.                                                                                  CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL.,
Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: July 14, 2003<br>Docket: #258<br>[] Plffs  [X] Defts  [] Other<br>Title: Motion Requesting Additional Time to Satisfy Judgment | **GRANTED.** The Municipality of Loiza **SHALL** satisfy the judgment in this case **on or before August 18, 2003.** |

Date: 7/17/03

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:          EOD:

By:             #