UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,
Plaintiffs

vs.

DANIEL PAGAN ROSA, ET AL.,
Defendants

CIVIL NO. 97-2251 (JP)



**ORDER**

| MOTION | RULING |
|---|---|
| Date Filed: August 18, 2003<br>Docket: #260<br>[] Plffs  [X] Defts  [] Other<br>Title: Second Motion Requesting Additional Time to Satisfy Judgment | **GRANTED.** The Municipality of Loiza **SHALL** satisfy the judgment in this case **on or before August 29, 2003.** |
| Date: 8/20/03 | JAIME PIERAS, JR.<br>U.S. Senior District Judge |
|  | Rec'd:             EOD:<br><br>By:               # |