IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



SURIMA SUAREZ-CESTERO, ET AL

    Plaintiff(s)

    Vs.                                              CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL

    Defendant(s)

## ORDER

By Order of the Court, **Attorney A. Bennazar-Zequeira, Attorney Laura González-Lugo** and **plaintiff Surima Suárez-Cestero** shall meet in the undersigned's chamber for a **STATUS CONFERENCE on DECEMBER 12, 2003 at 2:00 p.m.**, regarding to MOTION filed on October 14, 2003 by Bufete Bennazar, C.S.P. **for Attorney Fees** (docket no. 268) and RESPONSE IN OPPOSITION filed on October 22, 2003 by Laura González-Lugo, Esq. (docket no. 269.)

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this 30th day of October, 2003.

                         FRANCES RIOS DE MORAN
                         Clerk of the Court

                         By: *[signature]*
                         Sulma López-Defilló
                         Deputy Clerk