# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



SURIMA SUAREZ-CESTERO, et al

VS.                                    CIVIL NO. 97-2251 (JP)

DANIEL PAGAN-ROSA, et al

## ORDER

By Order of the Honorable Judge Jaime Pieras, Jr., **the MOTION CONFERENCE SCHEDULED FOR DECEMBER 12, 2003, AT 2:00 P.M. IS HEREBY VACATED SINE DIE.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 8th day of December, 2003.

                              FRANCES RIOS DE MORAN
                              Clerk of Court

                              By: /s/ Yelitza Rivera-Buonomo
                                  Yelitza Rivera-Buonomo
                                  Deputy Clerk

