# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



SURIMA SUAREZ-CESTERO, ET AL

  Plaintiff(s)

   Vs.       CIVIL NO. 97-2251 (JP)

DANIEL PAGAN ROSA, ET AL

  Defendant(s)

------------------------------------

## ORDER

By Order of the Court, a **Scheduling Conference is set for February 9, 2004 at 4:00 pm.**

  **IT IS SO ORDERED**

In San Juan, Puerto Rico, this 4th day of February, 2004.

      FRANCES RIOS DE MORAN
       Clerk of the Court

    By: *Sulma Lope Defillo*
      Sulma López-Defilió
       Deputy Clerk