IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SURIMA SUAREZ CESTERO, et al., | * |
| Plaintiffs | * |
| vs. | * CIVIL NO. 97-2251 (JP) |
| DANIEL PAGAN ROSA, et al., | * |
| Defendants | * |

**CONSENT ORDER**

This case was settled in the amount of Five Hundred Fifty Thousand Dollars ($550,000.00), deposited with the Clerk of Court. The attorneys and parties hereto have agreed that Bufete Bennazar, CSP **SHALL** be paid from said funds One Hundred Twenty Nine Thousand Six Hundred Fourteen Dollars and Forty Three Cents ($129,614.43), as final payment of attorney's fees, and the balance thereof, Four Hundred Twenty Thousand Three Hundred Eighty Five Dollars and Fifty Seven Cents ($420,385.57), plus accrued interest, less the corresponding registry fees, to be paid to Johnny Suárez, Surima Suárez, Melba Suárez, Marcial E. Suárez, Marcial Eligio Suárez, Serena Suárez, Eduardo Suárez, Lydia Suárez, Argentina Candelaria, and Aida Miranda.

CIVIL NO. 97-2251 (JP)                    2

The Clerk shall act accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 9th day of February, 2004.

_____
JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE

AGREED TO BY:

_____        _____
LAURA GONZALEZ LUGO, ESQ.              A.J. BENNAZAR ZEQUEIRA, ESQ.
For Plaintiff Surima Suárez

_____        _____
SURIMA SUAREZ                          JOSE GARCIA PEREZ, ESQ.
                                       For Bufete Bennazar

_____
JOHNNY SUAREZ