UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SURIMA SUAREZ CESTERO, ET AL.,
Plaintiffs

CIVIL NO. 97-2251 (JP)

vs.

DANIEL PAGAN ROSA, ET AL.,
Defendants

**O R D E R**

| MOTION | RULING |
|---|---|
| **Date Filed:** September 4, 2003<br>**Docket:** #262<br>[X] **Plffs** [] **Defts** [] **Other**<br>**Title:** Motion Requesting Order | **MOOT.** |
| **Date Filed:** November 17, 2003<br>**Docket:** #272<br>[X] **Plffs** [] **Defts** [] **Other**<br>**Title:** Bufete Bennazar's Request for Leave to Resign Legal Representation | **GRANTED**. The Court **GRANTS** Bufete Bennazar's request to withdraw from the representation of Plaintiffs. Plaintiffs have consented to the resignation of Bufete Bennazar. |

                                                **S/ Jaime Pieras, Jr.**
                                                **JAIME PIERAS, JR.**
**Date**:   02/23/04                      **U.S. Senior District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # |